UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMUEL W. TAYLOR, individually and
SYSTEM WIDE TECHNOLOGY, INC., a
Florida corporation,

       Plaintiffs,

v.                                                      CASE NO: 8:04-CV-2456-T-17MAP

RAYTHEON COMPANY,
a foreign corporation registered
to do business in Florida,

       Defendant.
_____/

## **ORDER**

More than one month after the discovery deadline passed, Plaintiffs filed a Motion to Compel Respecting Plaintiff's Initial Request to Produce (doc. 43). The motion is untimely. This district follows the rule that the completion date for discovery means just that – *all discovery must be completed by that date.* Middle District Discovery (2001) at § I.F.1 (emphasis in rule). Hence, interrogatories, as an example, must be served more than thirty days prior to the completion date to permit the opposing party to respond before the discovery deadline. *Id.* If the parties agree to conduct discovery after the Court's discovery deadline, they cannot expect the Court to resolve their post-deadline discovery disputes. *Id.* Moreover, the Court expects the parties to address discovery disputes promptly – before the discovery deadline passes or soon thereafter. *See Ellison v. Windt,* 2001 WL 118617 (M.D. Fla. 2001) (motion to strike filed after discovery deadline untimely); *see also Suntrust Bank v. Blue Water Fiber, L.P.,* 210 F.R.D. 196, 200-201 (E.D. Mich. 2002) (reviewing cases from various districts citing general principle); *Sales v. State Farm Fire*

*and Casualty Co.,* 632 F. Supp. 435 (N.D. Ga. 1986) (motion to compel filed after the close of discovery was untimely).  Accordingly, it is

    ORDERED:

    1. Plaintiffs' Motion to Compel Respecting Plaintiffs' Initial Request to Produce (doc. 43) is DENIED.

    DONE and ORDERED at Tampa, Florida on this 7th of December, 2005.

                                          MARK A. PIZZO
                                          UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record